# United States District Court
## *Southern District of Georgia*
Augusta Division

**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 JAN -9 PM 12: 40

CLERK _____
SO. DIST. OF GA.

FRANKIE RILEY, as Exec. under last will and
testament of James E. Murphy, Decd.; Lucretia
Dawson; Francis White and Floris White

CASE NUMBER   CV 106-180

vs

WESTERN SURETY COMPANY

Richard L. Murphy, Third party Defendant

\*
\*
\*
\*
\*
\*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has

been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the

right, upon good cause shown within sixty (60) days, to reopen the action for the sole

purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order

upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ____9____ day of _____January_____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA