# United States District Court
## *Southern District of Georgia*
### Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 JAN -9 PM 12:40
CLERK_____
SO. DIST. OF GA.

**ORIGINAL**

| | |
|---|---|
| FRANKIE RILEY, as Exec. under last will and testament of James E. Murphy, Decd.; Lucretia Dawson; Francis White and Floris White | * |
| | * CASE NUMBER  CV 106-180 |
| vs | * |
| WESTERN SURETY COMPANY | * |
| Richard L. Murphy, Third party Defendant | * |
| | * |
| | * |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ___9___ day of _____January_____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA