IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| FRANKIE RILEY, as Exec. under last will and testament of James E. Murphy, Decd.; Lucretia Dawson, Francis White and Floris White<br><br>v.<br><br>WESTERN SURETY COMPANY<br><br>Richard L. Murphey, 3rd party deft. | Case No. CV 106-180 |

## ORDER

The Order of Dismissal entered on January 9, 2008 is hereby VACATED.

SO ORDERED this 10 day of January, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE